■ The People of the State of New York, Respondent, v Richard Hingel, Appellant. [854 NYS2d 892]—Order, Supreme Court, New York County (Charles H. Solomon, J.), entered on or about March 10, 2006, which adjudicated defendant a level two sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

We reject defendant's challenges to the choice of risk factors made by the Legislature and the Board of Examiners of Sex Offenders (*see People v Bligen*, 33 AD3d 489 [2006], *lv denied* 8 NY3d 803 [2007]; *People v Joe*, 26 AD3d 300 [2006], *lv denied* 7 NY3d 703 [2006]). In addition, defendant did not establish any special circumstances warranting a downward departure from

his presumptive risk level (*see People v Guaman*, 8 AD3d 545 [2004]). Concur—Lippman, P.J., Friedman, Sweeny and Moskowitz, JJ.